UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: **CIV-JORDAN**

**MAGISTRATE JUDGE BROWN**

ARROW AIR, INC.,
a Florida corporation,

          Plaintiff,

v.

AGENCIAS UNVERSALES, S.A.,
a foreign corporation,

          Defendant.
_____/

## COMPLAINT FOR TORTIOUS INTERFERENCE WITH A CONTRACT

Plaintiff, ARROW AIR, INC. ("Arrow Air"), sues Defendant, AGENCIAS UNVERSALES, S.A., ("Agunsa"), and alleges:

1. This is an action for tortious interference with contract pursuant to Florida Common Law.

2. Plaintiff, Arrow Air, is a corporation organized under the laws of the State of Florida with its principal place of business in Miami-Dade County, Florida.

3. Agunsa is a foreign corporation incorporated under the laws of Chile doing business in Miami, Florida.

### JURISDICTION

4. Jurisdiction is proper in this Court because there is complete diversity of citizenship among the parties and this claim is the excess of $75,000.00 exclusive of interest, attorneys' fees and costs.

## VENUE

5. Venue is proper under Section 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this district and Agunsa is subject to personal jurisdiction of this Court.

## FACTUAL AND LEGAL ALLEGATIONS

6. Effective March 1, 2003, Arrow Air and Atlas Air, Inc. ("Atlas") entered into a Transition Agreement ("Contract") whereby Arrow Air agreed to use best efforts to aid the collection of at least 70% of accounts receivable owing to Air Global International, Inc. ("AGI Receivables"), said funds being ultimately due to Atlas. Simultaneously, Arrow Air entered into a "wet lease" for two aircraft from Atlas Air. Under the Contract, Arrow Air is in default unless 70% of the AGI Receivables are collected within 120 days from the effective date of the Contract. In the event of a default by Arrow Air, Atlas can terminate the Contract.

7. Atlas's rights under the Contract, including but not limited to Atlas' option to terminate Arrow Air's beneficial interests under the Contract, were conveyed to Agunsa.

8. In connection with its activities and business relationship with Air Global International, Inc ("AGI"), Agunsa became indebted to AGI for approximately $1,900,000.00.

9. In order for Arrow Air to comply with its contractual requirements under the agreement to collect upon 70% of AGI Receivables, it is necessary for Arrow Air to collect the receivable amount for which Agunsa is indebted to AGI. Upon collection of the $1,900,000.00, Arrow Air would exceed the 70% collection requirement, and thus preclude Atlas from exercising its termination option under the Contract. This information was conveyed to Agunsa and it was fully knowledgeable of the need for Arrow Air to collect upon its receivable in order

to avoid termination under the Contract by Atlas. Agunsa thus had knowledge of the business relationship between Arrow Air and Atlas.

10. Prior to the execution of the Contract between Arrow Air and Atlas, Agunsa served as an agent for AGI, and regularly paid to AGI the money it collected from customers during the course of its business activities as the sales agent for AGI. The outstanding receivable of approximately $1.9 million is the amount of funds, which Agunsa collected from customers but has failed to pay.

11. Agunsa began withholding payments after it learned of the termination provision in the Contract.

12. Agunsa's failure to pay, after learning of the Contract, is intentional and without justification, and constitutes a malicious and purposeful act designed to interfere with Arrow Air's beneficial interest under the Contract, so that Atlas will declare a default and terminate Arrow Air's crucial need for "wet leases" of two 747 aircraft, thereby jeopardizing Arrow Air economic viability.

13. Arrow Air has sustained damages as a result of Agunsa's intentional interference with the Contract.

WHEREFORE, the Plaintiff requests this Honorable Court for entry of a judgment against the Defendant for damages in excess of $75,000.00. Plaintiff further seeks pre-judgment interest and costs.

## TRIAL BY JURY

The Plaintiff demands a trial by jury of all issues so triable as a matter of right.

| | |
|---|---|
| J. Ronald Denman<br>MARLOW CONNELL<br>2950 S.W. 27th Ave<br>Suite 200<br>Miami, Florida 33133<br>Tel: (305) 446-0500<br>Fax: (305) 446-3667 | Richard L. Richards<br>Arrow Air, Inc.<br>P.O. Box 026062 (U.S. Mail)<br>4600 NW 36th Street (Courier)<br>Miami, Florida 33102<br>Tel: (305) 871-5555<br>Fax: (305) 871-7126<br><br>By.: _____<br>Richard L. Richards<br>Florida Bar Number: 9415 |

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
ARROW AIR, INC.,
a Florida corporation

**DEFENDANTS**
AGENCIAS UNIVERSALES, S.A.,
a foreign corporation,

03-20926
CIV-JORDAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

03CV20926/AJ / Brown

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Richard L. Richards - Tel.:(305) 871-5555
P. O. Box 026062, Miami, Florida 33102

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE
BROWN

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☒3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☒ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | A OR B |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Tortious Interference with Contract / Diversity Jurisdiction

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY**
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT $150.00 APPLYING IFP 880905 JUDGE _____ MAG. JUDGE _____
04/17/03